**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Laborers Health and Welfare Fund, etc.,

Plaintiffs,

v.

Dennis Fehn Gravel & Excavating, Inc.

Defendant.

00CV1630 (DDA/FLN)

**ORDER**

---

The above entitled matter is hereby dismissed, without prejudicc, for lack of prosecution.

DONALD D. ALSOP, Senior Judge
United States District Court

Dated: October 23, 2000.

OCT 23 2000
FILED
FRANCIS E DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK